**WORMINGTON & BOLLINGER**
Lennie F. Bollinger (admitted pro hac vice)
LB@wormingtonlegal.com
212 E. Virginia Street
McKinney, TX 75069
Telephone (972) 569-3930
Facsimile (972) 547-6440

**SINGLETON SCHREIBER, LLP**
Satyasrinivas M. Hanumadass (CA Bar No. 228547)
vas@singletonschreiber.com
145 S. Spring Street, Suite 850
Los Angeles, California 90012
Telephone: 310-455-8351
Facsimile: 619-704-3552

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE LORENZ and MICHAEL WRIGHT, individually and as PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNETTE WRIGHT, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>URL PHARMA, INC.; UNITED RESEARCH LABORATORIES, INC.; MUTUAL PHARMACEUTICAL COMPANY, INC.; SUN PHARMACEUTICAL INDUSTRIES, INC.; SUN PHARMACEUTICAL HOLDINGS USA, INC.; SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>Defendants. | NO.: 5:24-CV-01948 JGB (DTBx)<br><br>Judge: Hon. Jesus J. Bernal<br><br>**STIPULATION AS TO ORDER OF PARTIAL DISMISSAL** |

Plaintiffs Antoinette Lorenz and Michael Wright, Individually and as Personal Representative of the Estate of Jeannette Wright, deceased, by and through their counsel, hereby gives notice of the voluntary dismissal, without prejudice, of this action only as to Defendants URL Pharma, Inc.; United Research Laboratories, Inc.; Sun Pharmaceutical Holdings, USA, Inc.; and Sun Pharmaceutical Industries, Ltd. (collectively, "Dismissed Defendants"). This voluntary dismissal, without prejudice, is entered in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and is entered with the consent and agreement of the Dismissed Defendants, conditioned upon the following terms and understanding:

1. That, should evidence be developed to support a claim of liability as to the Dismissed Defendants, as determined by Plaintiffs, the Dismissed Defendants will not object to the filing of a motion to amend the Complaint to rejoin these Defendants but otherwise retain all defenses to which they may be entitled;

2. Any rejoinder of the Dismissed Defendants will relate back to the date of the filing of the original Complaint for statute-of-limitations purposes; and

3. Expressly reserving all rights and defenses, the two remaining Defendants, Sun Pharmaceutical Industries, Inc. and Mutual Pharmaceutical Co., Inc., shall have up to and including December 20, 2024, to answer or otherwise respond to the Complaint in this matter.

**STIPULATED AND AGREED TO, ON THIS 11th DAY OF DECEMBER, 2024, BY:**

WORMINGTON & BOLLINGER

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

/s/ Lennie F. Bollinger
Lennie F. Bollinger*
LB@wormingtonlegal.com
212 E. Virginia Street
McKinney, TX 75069
Telephone (972) 569-3930
Facsimile (972) 547-6440
*Attorneys for Plaintiffs*

/s/ Jason M. Reefer
Clem C. Trischler (*pro hac* to be sought)
cct@pietragallo.com
Jason M. Reefer (*pro hac* to be sought)
JMR@pietragallo.com
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Telephone (412) 263-2000
*Attorneys for Defendants*

SINGLETON SCHREIBER, LLP

Satyasrinivas M. Hanumadass (CA Bar No. 228547)
vas@singletonschreiber.com
145 S. Spring Street, Suite 850
Los Angeles, California 90012
Telephone: 310-455-8351
Facsimile: 619-704-3552