# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE LORENZ AND MICHAEL WRIGHT, individually and as PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNETTE WRIGHT, deceased,<br><br>           Plaintiff,<br>  v.<br><br>URL PHARMA, INC.; UNITED RESEARCH LABORATORIES, INC.; MUTUAL PHARMACEUTICAL COMPANY, INC.; SUN PHARMACEUTICAL INDUSTRIES, INC.; SUN PHARMACEUTICAL HOLDINGS USA, INC.; SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>           Defendants. | Case No. 5:24-CV-01948-JGB-DTB<br><br>ORDER FOR PARTIAL DISMISSAL |

It it is hereby ORDERED:

1.  Any claims against URL Pharma, Inc.; United Research Laboratories, Inc.; Sun Pharmaceutical Holdings, USA, Inc.; and Sun Pharmaceutical Industries, Ltd. are hereby dismissed, without prejudice, subject to the terms of the Stipulation; and

2.  Expressly reserving all rights and defenses, the two remaining Defendants, Sun Pharmaceutical Industries, Inc. and Mutual Pharmaceutical Co., Inc., shall have up to and including February 10, 2025, to answer or otherwise respond to the Complaint in this matter.

Dated:  January 14, 2025

_____
Jesus G. Bernal, U.S. District Judge